COLEMAN, Judge,
concurring.
I concur with the separate opinions expressed by both my colleagues, Judges Baker and Elder. I agree with Judge Elder that the probation officer did not render the PB-15 arrest warrant invalid by placing a sixty-day time limitation upon it for administrative purposes. Therefore, the arrest under authority of the warrant was valid, in my opinion, and the search incident thereto was lawful.
However, assuming that the arrest warrant was invalid, as is the assumption in Judge Baker’s opinion, I agree that appellant was nonetheless validly arrested. The officer made the arrest based upon his good faith, but mistaken, belief that he was acting upon a valid arrest warrant and that the defendant was wanted for a probation violation. See Hill v. California, 401 U.S. 797, 91 S.Ct. 1106, 28 L.Ed.2d 484 (1971). Therefore, in my opinion, the arrest was valid on either ground and the search incident to that arrest was lawful.